JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JADE ESCROW, INC., a California corporation,<br><br>          Plaintiff, Stakeholder<br><br>     v.<br><br>345 NORTH PASS, LLC, A California Limited Liability Company, and SISTERS AND BROTHERS, LLC, A California Limited Liability Company, The US Internal Revenue Service, the US Small Business Administration, the California EDD, and the California CDFTA (California State Board) and Does 1 through 20, inclusive,<br><br>          Defendants. | Case No. 2:24−cv−09672-CV-SK<br><br>**ORDER GRANTING STIPULATION REGARDING RESOLUTION AND REQUEST TO REMAND CASE [DOC. # 21]** |

On April 17, 2025, the Parties filed a Stipulation Regarding Resolution and Request to Remand Case (Doc. # 21, "Stipulation"). The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS AS FOLLOWS: this action is REMANDED to the Superior Court of the State of California for the County of Los Angeles pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated: 5/12/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE